No. 02–6026. McDaniel v. Moore, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.

No. 02–6030. Lewis v. Curtis, Warden. C. A. 6th Cir. Certiorari denied.

No. 02–6032. Steele, as Guardian ad Litem for Cochran v. Hood River County, Oregon. Ct. App. Ore. Certiorari denied.

No. 02–6044. Prince v. Briley. C. A. 7th Cir. Certiorari denied.

No. 02–6046. Smith v. Long et al. C. A. 9th Cir. Certiorari denied.

No. 02–6047. Harlow et al. v. Riverside County Department of Public Social Services. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 02–6051. Mosley v. Thompson et al. C. A. 5th Cir. Certiorari denied.

No. 02–6054. Jaubert v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 02–6059. Mann v. North Carolina. Sup. Ct. N. C. Certiorari denied.

No. 02–6061. Corbett v. McDade, Warden. C. A. 4th Cir. Certiorari denied.

No. 02–6077. Myers v. Alabama. C. A. 11th Cir. Certiorari denied.

No. 02–6081. Schommer v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 02–6082. McCoy v. Louisiana. 4th Jud. Dist. Ct. La., Ouachita Parish. Certiorari denied.

No. 02–6086. Thompson v. Kelchner, Superintendent, State Correctional Institution at Muncy, et al. C. A. 3d Cir. Certiorari denied.